AO91 (Rev. 12/03) Criminal Complaint     **FELONY**     AUSA     United States Courts

# UNITED STATES DISTRICT COURT

Southern District of Texas
FILED

*May 3, 2025*

Southern District Of Texas Brownsville Division

Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**

vs.

Osvaldo Ulises TREJO-Flores
A220 450 074 Mexico
AKA Osvaldo TREJO-Flores, Osbaldo TREJO-Flores, Trejo-flores OSVALDO

**CRIMINAL COMPLAINT**

Case Number: 1:25-MJ-**356**

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about _May 02, 2025_ in _Cameron_ County, in the _Southern District Of Texas_ defendant(s) an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol agents conducting Linewatch operations near Brownsville, Texas on May 02, 2025. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on March 27, 2025. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $50 Mexican pesos at time of apprehension.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Guzman, Carlos    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

May 03, 2025     at     Brownsville, Texas
Date                                                   City/State

Karen Betancourt     U.S. Magistrate Judge
Name of Judge            Title of Judge            Signature of Judge